# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RHINE,

    Plaintiff,

v.

PETE BUTTIGIEG, in his official capacity as Secretary of the United States Department of Transportation,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C23-993RSM

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant's Motion to Dismiss, Dkt. #7, is GRANTED. Plaintiff's claims are DISMISSED with prejudice. Plaintiff's Motion for Leave to Amend, Dkt. #13, is DENIED. The Court finds good cause to grant Plaintiff's Motion to Withdraw as Attorney, Dkt. #12, and it is so GRANTED. Dkt. #12. This case is CLOSED.

DATED this 20th day of November, 2023.

                              RAVI SUBRAMANIAN
                              Clerk

                              s/SERGE BODNARCHUK
                              Deputy Clerk